UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KWAKU KWATENG,

                      Plaintiff,

           -v-

JELENA MCWILLIAMS, *et al.*,

                      Defendants.

21-CV-11089 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendants filed a motion to dismiss on April 13, 2022. (Dkt. No. 14.) Defendants subsequently filed a certificate of service (Dkt. No. 16) stating that they sent Plaintiff Kwaku Kwateng a copy of their motion to dismiss, Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss (Dkt. No. 15), and copies of unpublished authorities cited therein via certified mail on April 15, 2022, to the following address: 12399 Flatlands Ave., Apt. 2E, Brooklyn, NY 11207. On April 18, 2022, however, Kwateng filed a letter in which he states that he has not received any of these materials. (Dkt. No. 17.) The personal address Kwateng provides in his letter matches the address in Defendants' certificate of service.

    Given that only three days elapsed between Defendants mailing its motion to Kwateng and Kwateng filing his letter, the Court directs Kwateng to file an additional letter within one week of this order indicating whether he has received Defendants' motion and the accompanying materials.

    The Clerk of Court is directed to mail a copy of this order to the plaintiff.

    SO ORDERED.

Dated: April 22, 2022
       New York, New York

                                                                 J. PAUL OETKEN
                                                     United States District Judge