UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAKU KWATENG,

                  Plaintiff,

        -v-

JELENA MCWILLIAMS *et al.*,

                Defendants.

21-CV-11089 (JPO)

<u>ORDER</u>

J. PAUL OETKEN, District Judge:

      Plaintiff's request for an extension of time (*see* ECF No. 36) is hereby granted.  Plaintiff shall have until August 15, 2023 to respond to Defendants' motion for summary judgment because of failure to exhaust (*see* this Court's prior opinion at ECF No. 35).

      The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: June 23, 2023
       New York, New York

_____
           J. PAUL OETKEN
        United States District Judge