UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAKU KWATENG,
                        Plaintiff,

      -v-                                          21-CV-11089 (JPO)

JELENA MCWILLIAMS *et al.*,                      ORDER
                        Defendants.

J. PAUL OETKEN, District Judge:

    Plaintiff's request for an extension of time (*see* ECF No. 38) is hereby granted. Plaintiff shall have until September 15, 2023, to respond to Defendants' motion for summary judgment based on failure to exhaust (*see* this Court's prior opinion at ECF No. 35).

    The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

    SO ORDERED.

Dated: August 11, 2023
       New York, New York

                                                    J. PAUL OETKEN
                                               United States District Judge