UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAKU KWATENG,

                Plaintiff,

        -v-

JELENA MCWILLIAMS, *et al.*,

                Defendants.

21-CV-11089 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff has filed a letter request to compel the Government to respond to Plaintiff's second set of interrogatories. Because Plaintiff has not shown that the information sought in these interrogatories is relevant to the issues before the Court or proportional to the needs of the case, Plaintiff's request is denied and the Government's objections are sustained.

Plaintiff shall have until **November 17, 2023** to submit a respond to the Government's motion for summary judgment based on failure to exhaust, per this Court's prior opinion at ECF No. 35.

The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                          J. PAUL OETKEN
                                        United States District Judge