**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KWAKU KWATENG,

                         Plaintiff,

           -against-                                21 **CIVIL** 11089 (JPO)

                                                      <u>**JUDGMENT**</u>

MARTIN J. GRUENBERG, FEDERAL
DEPOSIT INSURANCE CORPORATION,

                         Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated October 15, 2024, Defendants' motion for

summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

      October 15, 2024


                                       **DANIEL ORTIZ**

                            _____
                                **Acting Clerk of Court**

               **BY:**        *K. Mango*

                                _____
                                **Deputy Clerk**